1 | Michael Edmund Burke
2 | Attorney at Law
    CSB #98925
3 | 105 West F Street, 4th Floor
    San Diego, CA 92101
4 | Telephone:(619) 234-2503

5 | Attorneys for Defendant, JESUS FELIX-GARCIA

FILED
06 OCT 12 PM 2:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | Case No. 06-CR-0928-DMS |
| Plaintiff, | ) | <u>SENTENCING</u>: |
| v. | ) | Date: December 1, 2006 |
| JESUS FELIX-GARCIA | ) | Time: 9:00 a.m. |
| Defendant. | ) | <u>JOINT MOTION</u> <u>TO CONTINUE</u> <u>AND ORDER THEREON</u> |

IT IS THE JOINT MOTION OF THE PARTIES IN THE ABOVE CAPTIONED CASE that the sentencing date for JESUS FELIX-GARCIA set for Friday, October 13, 2006 @ 9:00 a.m. be continued to Friday, December 1, 2006 @ 9:00 a.m. The reason a continuance is needed is because defense counsel is presently exploring

////
////
////
////
////



additional developments which may be relevant to sentencing, in this five (5) year mandatory minimum case.

Dated: 10/11/06

_____
Michael Edmund Burke,
Attorney for Defendant,
JESUS FELIX-GARCIA
Email: Burkelaw1@sbcglobal.net

Dated: 10-11-06

_____
Nicole A. Jones,
Assistant U.S. Attorney,
Attorney for Plaintiff,
UNITED STATES OF AMERICA
Email: nicole.jones@usdoj.gov

2

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

That the sentencing date for JESUS FELIX-GARCIA in Case No: 06-CR-0928-DMS set for Friday, October 13, 2006 @ 9:00 a.m. be continued to Friday, December 1, 2006 @ 9:00 a.m.

DATED: 10-11-06

THE HONORABLE DANA M. SABRAW
JUDGE, U.S. DISTRICT COURT